UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Brown, Aaron Frank

Case No.: 17-22261-KCF

Chapter: 7

Judge: Kathryn C. Ferguson

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on November 7, 2017 at 11:00 a.m. at the United States Bankruptcy Court, Courtroom no 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
44 Arbor Drive
Howell, NJ

Valued at $400,000.00

Liens on property:

Nationstar
$407,388.00 (plus $67,409.00 deferred principal)

Amount of equity claimed as exempt:

$23, 675.00

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin, Trustee

Address: Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-22261-KCF
Aaron Frank Brown                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 04, 2017
                              Form ID: pdf905          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2017.
db         +Aaron Frank Brown,    44 Arbor Drive,    Howell, NJ 07731-3080
cr          Pointe O' Woods Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
             New Brunswick, NJ 08903-1111
516884101  #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516884104  +CentraState Medical Center O/P,    901 W Main St, Freehold,    Freehold, NJ 07728-2549
516884102   Centrastate Family Mediciae Residency,    PO Box 417984,    Boston, MA 02241-7984
516884103  +Centrastate Med,    c/o Traf Group Inc/A-1 Collections,    2297 St Hwy 33, Suite 906,
             Hamilton Square, NJ 08690-1717
516884105  +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
             Cleveland, OH 44181-0315
516884106  +Foreclosure Processing Services,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
516884108  +Howell Family Dental Pa,    c/o Trojan Professional Se,    4410 Cerritos Ave,
             Los Alamitos, CA 90720-2549
516884111  +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
516884110  +Nationstar Mortgage LLC,    co KML Law Group,    216 Haddon Ave Ste 406,
             Collingswood, NJ 08108-2812
516884112  +Nicole Brown,    44 Arbor Dr,    Howell, NJ 07731-3080
516884113  +Pointe O'Woods Townhomes Ass'n,    c/o Mcgovern Legal Services,    P.O. Box 1111,
             New Brunswick, NJ 08903-1111
516884114  +Pointe O'Woods Townhomes Ass'n,    1 Willow Pond Dr,    Howell, NJ 07731-3085
516884118  +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV   PO Box 9475,
             Minneapolis, MN 55440-9475
516884119  +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
516884120 ++WELLS FARGO,    P O BOX 9210,    DES MOINES IA 50306-9210
            (address filed with court: Wells Fargo,      Mac F82535-02f,    Po Box 10438,
             Des Moines, IA 50306)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 04 2017 23:25:13      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 04 2017 23:25:10      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516884107     +E-mail/Text: ally@ebn.phinsolutions.com Oct 04 2017 23:24:35      G M A C,    Po Box 105677,
               Atlanta, GA 30348-5677
516884109     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2017 23:24:41      Kohls/Capital One,
               Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516886797     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 23:22:20      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516884115     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 23:22:32      Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516884116     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 23:22:09      Synchrony Bank/PC Richards & Sons,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516884117     +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2017 23:22:20      Synchrony Bank/Sams,
               Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                  Page 2 of 2                    Date Rcvd: Oct 04, 2017
                              Form ID: pdf905              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
             Andrea    Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
             Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Marlena S. Diaz-Cobo    on behalf of Creditor    Pointe O' Woods Homeowners Association, Inc.
              mdiaz-Cobo@theassociationlawyers.com
             U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
             William H. Oliver, Jr.    on behalf of Debtor Aaron Frank Brown bkwoliver@aol.com,
              r59915@notify.bestcase.com
                                                                                             TOTAL: 5
```