UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: : Case no.: 17-22261

Aaron Frank Brown : Chapter: 7

: Judge: Ferguson

Debtor(s) :

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
Real estate located at 44 Arbor Drive, Howell, NJ.

JEANNE A. NAUGHTON, Clerk

Date: 11/1/2017        By: Gary A. Nau

*rev.2/10/17*