Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17–22261–KCF  
Chapter: 7  
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
  Aaron Frank Brown  
  44 Arbor Drive  
  Howell, NJ 07731

Social Security No.:  
  xxx–xx–7025

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrea Dobin is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 8, 2017</u>        <u>Kathryn C. Ferguson</u>  
                                      Judge, United States Bankruptcy Court